ALCAIDE, PLAINTIFF AND APPELLEE, *v.* MORALES ET AL., DEFENDANTS AND APPELLANTS.

Appeals from the District Court of Guayama in an Action to Annul Acknowledgment of Natural Child.

Motion by Plaintiff for Dismissal of Appeals.

Nos. 1817 and 1818.—Decided March 19, 1918.

APPEAL—JUDGMENT.—Appeals are not taken from the grounds on which judgments were rendered but from the judgments themselves, which determine the rights of the parties in an action or proceeding. It is not the reasoning which causes the damage or injury by reason of which a party appeals, but the judgment itself.

ID.—ID.—COUNTER-COMPLAINT.—The judgment of a court dismissing a counter-complaint works no hardship or damage when the same judgment, in dismissing the complaint, tacitly acknowledges the right which the defendant seeks to have acknowledged by means of the counter-complaint.

The facts are stated in the opinion.

*Messrs. M. Benítez Flores* and *Eugenio Benítez Castaño* for the appellants.

*Messrs. Alvarez Nava & Domínguez* and *F. Soto Gras* for the appellee.

MR. CHIEF JUSTICE HERNÁNDEZ delivered the opinion of the court.

Simón Antonio Alcaide y Baiz brought an action against María de los Dolores Morales, known as María de los Dolores Alcaide, and her mother, María Morales, in the District Court of Guayama to annul the acknowledgment made by the plaintiff of defendant María de los Dolores Alcaide as his natural child, alleging as grounds therefor that the said acknowledgment was void under the law and was obtained by the deceit and false representations of the mother of the defendant, he having acknowledged that he was the father of the child when, as a matter of fact, the acknowledged child was not and could not be the child of the plaintiff.

Defendant María Morales answered the complaint denying the material allegations thereof, and the other defendant, María de los Dolores Alcaide, besides doing likewise, separately filed a counter-complaint praying that she be adjudged the acknowledged natural child of Simón Antonio Alcaide.

The case was tried and on January 8, 1918, the Guayama court rendered judgment in favor of the defendants, stating therein that "although it appears from the evidence examined that on account of his impotence due to sterility plaintiff Simón A. Alcaide y Baiz was not and could not be the father of the minor María de los Dolores Alcaide Morales, nevertheless the negligence and voluntary acts of the said plaintiff have produced an estoppel by laches which prevents him from repudiating his own acts and therefore deprives him of the exercise of the right to annul the acknowledgment made in favor of said minor and appearing in the record of birth of said María de los Dolores in the civil registry of Arroyo under date of October 3, 1900. Hence, the complaint should be, and is, dismissed and the counter-complaint filed by María

de los Dolores Alcaide y Morales should be, and is, likewise dismissed because it can serve no practical purpose."

María de los Dolores Alcaide appealed from the said judgment in so far as it dismisses her counter-complaint on the ground that the evidence examined shows that on account of his impotence due to sterility plaintiff Simón A. Alcaide was not and could not be the father of María de los Dolores Alcaide Morales. The other defendant, María Morales, also filed a notice of appeal from the judgment in so far as it dismisses the complaint on the ground stated.

The attorney for Simón Antonio Alcaide y Baiz has filed two motions in this court—No. 1034, which is the one appearing in this record, for the dismissal of the appeal taken by María Morales, and No. 1035 for dismissal of the appeal taken by María de los Dolores Alcaide. Both motions were argued before this court at the hearing on March 4, 1918, and in view of their relation to each other it seems advisable to consider them together and dispose of them by one single decision.

The appeals taken by María Morales and María de los Dolores Alcaide not being from the judgment dismissing the complaint rendered by the District Court of Guayama on January 8, 1918, but from one of the grounds thereof, they are inadmissible, for an appeal is not taken from the grounds of a judgment but from the judgment itself, which is what determines the rights of the parties in an action or proceeding. Sections 188 and 295 of the Code of Civil Procedure; *Díaz Caneja* v. *The Administration,* 11 P. R. R. 194; *Enrich* v. *Forteza,* 18 P. R. R. 446; *Pellicier* v. *Hernández,* 19 P. R. R. 111; *Freyre* v. *Quintero and The National Surety Company,* 23 P. R. R. 119. It is the judgment itself which causes damage or injury to a party and may be appealed from, not the grounds thereof.

The appeal taken by María de los Dolores Alcaide from the judgment of January 8, 1918, in so far as it dismisses the counter-complaint filed by her, is also inadmissible. Such

dismissal does not cause her any injury or damage, for in dismissing the complaint the judgment from which she appeals impliedly recognizes in María de los Dolores Alcaide the right of acknowledgment which she asserts in the counter-complaint. The so-called counter-complaint is not only a counter-complaint but also a defense against the complaint.

For the foregoing reasons the two motions filed by Simón A. Alcaide are sustained and the appeals taken by María Morales and María de los Dolores Alcaide from the judgment rendered by the District Court of Guayama on January 8, 1918, are

*Dismissed.*

Justices Wolf, del Toro and Aldrey concurred.
Mr. Justice Hutchison concurred in the judgment.